[No. 20085-0-III.   Division Three.   October 31, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID MARTIN ANDREW, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 00-1-00184-1, John E. Bridges, J., entered March 20, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20188-1-III.   Division Three.   October 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL IRWIN BUCHMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00868-9, Evan E. Sperline, J., entered May 14, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20401-4-III.   Division Three.   October 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN TIMOTHY GILFOY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-8-00109-1, Wm. Fred Aronow, J. Pro Tem., entered July 24, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20415-4-III.   Division Three.   October 31, 2002.]

CAMERON ALLSTOT, *Appellant*, v. THOMAS EDWARDS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-2-00771-4, Kenneth L. Jorgensen, J., entered July 27, 2001. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J. Now published at 114 Wn. App. 625.